NUMBER 13-01-757-CV

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI

____________________________________________________________________


EUGENE JIMENEZ , Appellant,


v.


DIANA RODRIGUEZ , Appellee.

____________________________________________________________________


On appeal from the 398th District Court 

of Hidalgo County, Texas.

____________________________________________________________________


O P I N I O N

 

Before Justices Dorsey, Rodriguez, and Castillo

Opinion Per Curiam



Appellant, Eugene Jimenez , perfected an appeal from a judgment entered by the 398th District Court of Hidalgo County,
Texas, in cause number F-3142-00-1 . After the clerk's record was filed, appellant filed a motion to dismiss the appeal. 
Appellant requests that this Court dismiss the appeal.

The Court, having considered the documents on file and appellant's motion to dismiss the appeal, is of the opinion that the
motion should be granted. The appellant's motion to dismiss is granted, and the appeal is hereby DISMISSED.

PER CURIAM

Do not publish.

Tex. R. App. P. 47.3.



Opinion delivered and filed this

the 17th day of January, 2002.